**Fill in this information to identify the case:**

Debtor  **Swanky Wine Snob, LLC**

United States Bankruptcy Court for the **Northern District of California**

Case number  **19-30902**
(If known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br><br>Check all that apply | Gross revenue<br><br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date | ☒ Operating a business<br>☐ Other: | $248,555.03 |
| **For prior year:** | From 01/01/2018 to 12/31/2018 | ☒ Operating a business<br>☐ Other: | $4,471,941.54 |
| **For the year before that:** | From 01/01/2017 to 12/31/2017 | ☒ Operating a business<br>☐ Other: | $2,910,862.22 |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers.including expense reimbursements.to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.00. (This amount may be adjusted on 04/01/2022 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.00. (This amount may be adjusted on 04/01/2022 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

        See attached

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Case: 19-30902    Doc# 9    Filed: 09/05/19    Entered: 09/05/19 17:36:06    Page 1 of 21

## Transactions
## Between LLC and LLC members (Owners)

*Swanky Wine Snob, LLC*
*DBA/ Pacific Wine Group*
*8 Digital Drive*
*Ste#: 250*
*Novato, CA 94949*

---

*Member / Owner (1) – 50% Ownership*

---

1.  Owner (1) Name:          Linda Habashi
                             248 Johnstone Drive
                             San Rafael, CA 94903

2.  Transaction Type:        Car ownership transfer
3.  Make:                    Chevrolet
4.  Model:                   Suburban
5.  Year:                    2015
6.  Mileage:                 56,474
7.  Transaction Date:        02/06/2019
8.  Car loan/balance:        $36,113.67
9.  Asset/Car Book Value:    $37,460.00 (Kelley Blue Book – Private party value)
10. Equity:                  $1,346.33
11. Transferred value:       $39,113.67
12. Payment to the LLC:      $3,000.00
13. Payment Date:            02/06/2019
14. Payment method:          Cash deposit – WestAmerica Bank copy attached.

---

*Member / Owner (2) – 50% Ownership*

---

1.  Owner (2) Name:          Ehab Habashi
                             248 Johnstone Drive
                             San Rafael, CA 94903

2.  Transaction Type:              Car ownership transfer

3. Make: Mercedes
4. Model: S550
5. Year: 2014
6. Mileage: 51,018
7. Transaction Date: 02/12/2019
8. Car loan/balance: $36,280.40
9. Asset/Car Book Value: $41,500.00 (Kelley Blue Book – Private party value)
10. Equity: $5,220.00
11. Transferred value: $46,880.00
12. Payment to the LLC: $10,600.00
13. Payment Date: 02/12/2019
14. Payment method: Cash deposit – WestAmerica Bank – copy attached.

_____

**WESTAMERICA BANK**

CHECKING / MONEY MARKET DEPOSIT    DDA135 (03/19)

DATE 02/12/19

NAME Pacific Wire Group

☑ CASH

| | | 1 6,600 00 |

SUB TOTAL ►
FROM OTHER SIDE

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

LESS CASH
RECEIVED ►

**ACCOUNT NUMBER**

0 5 0 5 2 0 8 8 5 0

NET
DEPOSIT $  1 0,600.00

⑆500 2⑈40 2 1⑆                              20



**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case Title & number | Nature of case | Court or agency's name and address | Status of case |
|---------------------|----------------|-----------------------------------|----------------|
| 7.1     See attached , | | | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Part 5: | Certain Losses |
|---------|----------------|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Part 6: | Certain Payments or Transfers |
|---------|--------------------------------|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property.by sale, trade, or any other means.made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    Page 2

Swanky Wine Snob, LLC DBA/Pacific Wine Group
FIN: 27-2523600
List of legal action

| Court | Case Number | Plaintiff |
|-------|-------------|-----------|
| County of Napa | 18CV000034 | Cabaud Wines, LLC |
| County of Sonoma | SCV-263602 | Greg & Greg, Inc. |
| County of Marin | 1803675 | Waldorf Conception LLC |
| County of Sonoma | SCV-264644 | LA UVA, LLC |
| County of Marin | CIV-1901900 | Creation Partners LLP<br>Crocus Advisors, Inc.<br>David Demers, Individual<br>Wade Nesmith, Individual<br>and David Blaiklock, Individual |
| County of Marin | CIV-1900788 | On Deck Capital, Inc. |

1    Ryan Vos SB224368
    Lisa Herme SB283111
2    Christine S. Siduguen SB240380
    Gissela Arrincon-Tepeli SB309803
3    Christopher D. Mandarich SB 220693
    **MANDARICH LAW GROUP, LLP**
4    9200 Oakdale Avenue, Suite 601
    Chatsworth, CA 91311
5
    Toll Free Telephone: 877.414.0130
6    Local: 818.264.0111
    Facsimile: 818.888.1260
7

8    *Attorneys for Plaintiff*
    *On Deck Capital, Inc.*

**FILED**

FEB 2 7 2019

JAMES M. KIM, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
*By: J. Charfa, Deputy*

9           **SUPERIOR COURT OF CALIFORNIA**

10             **COUNTY OF MARIN**

| | |
|---|---|
| 11   On Deck Capital, Inc., | )   Case No.:   CIV **1 9 0 0 7 8 8** |
| 12         Plaintiff, | ) |
| 13 | )   **COMPLAINT FOR:** |
| 14     vs. | )   **1. BREACH OF CONTRACT** |
| 15 | )   **2. BREACH OF PERSONAL** |
| | )   **GUARANTEE** |
| 16   SWANKY WINE SNOB LLC, a business | ) |
|     entity; | )   **PRAYER AMOUNT: $99,400.70** |
| 17   EHAB HABASHI, an individual; | ) |
| 18   and DOES 1 through 10 inclusive. | ) |
| 19 | ) |
| 20         Defendants. | ) |

21   **COMES NOW** Plaintiff, On Deck Capital, Inc. ("OnDeck"), successor-in-interest to Celtic Bank

22   and hereby states the following as its Complaint in the above-referenced matter:

23          **PARTIES, JURISDICTION AND GENERAL ALLEGATIONS**

24

25   1.     Celtic Bank, originated a business loan agreement ("Agreement") with Defendants, and

26   subsequently assigned the Agreement to OnDeck. Accordingly, OnDeck became successor-in-

27   interest to Celtic Bank.

28   2.     Defendant, SWANKY WINE SNOB LLC ("Borrower") is a Company that conducts

1 of 14
COMPLAINT

1　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　　　A Limited Liability Partnership
2　　Including Professional Corporations
　　PAUL S. MALINGAGIO, Cal. Bar No. 90451
3　DAVID A. DEGROOT, Cal. Bar No. 168073
　　Four Embarcadero Center, 17th Floor
4　San Francisco, California 94111-4109
　　Telephone:　415.434.9100
5　Facsimile:　415.434.3947
　　E mail　　　pmalingagio@sheppardmullin.com
6　　　　　　　ddegroot@sheppardmullin.com

7　Attorneys for Plaintiffs
　　CREATION PARTNERS, LLP, CROCUS
8　ADVISORS, INC., DAVID BLAIKLOCK,
　　DAVID DEMERS and WADE NESMITH

9

10　　　　　SUPERIOR COURT OF THE STATE OF CALIFORNIA

11　　　　　　　　　　COUNTY OF MARIN

12　CREATION PARTNERS, LLP, a limited　　　Case No. CIV **1901900**
　　liability partnership; CROCUS ADVISORS,
13　INC., a corporation; DAVID DEMERS, an　　**COMPLAINT**
　　individual; WADE NESMITH, an individual;
14　and DAVID BLAIKLOCK, an individual;

15　　　　　　　Plaintiffs,

16　　　　　v.

17　SWANKY WINE SNOB LLC, a limited
　　liability corporation, dba PACIFIC WINE
18　GROUP; EHAB HABASHI, an individual;
　　LINDA HABASHI, an individual; and DOES
19　1 through 10, inclusive

20　　　　　　　Defendants.

21

22　　　　Plaintiffs CREATION PARTNERS, LLP ("Creation"), CROCUS ADVISORS, INC.

23　("Crocus"), DAVID DEMERS ("Demers"), WADE NESMITH ("Nesmith"), and DAVID

24　BLAIKLOCK ("Blaiklock," collectively "Plaintiffs") hereby complain against Defendants

25　SWANKY WINE SNOB LLC, doing business as PACIFIC WINE GROUP ("PWG"), EHAB

26　HABASHI ("E. Habashi") and LINDA HABASHI ("L. Habashi" and, together with E. Habashi,

27　the "Habashis") (collectively, "Defendants"), and DOES 1 to 10, inclusive, as follows:

28

FILED

MAY 1 5 2019

JAMES M. KIM, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By C Leechost, Deputy

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Gerald L. Robertson SBN 160663
Law Offices of Gerald L. Robertson & Assoc
893 Marina Drive
Napa, CA 94558

TELEPHONE NO: 707-226-2616          FAX NO (Optional): 707-307-0699
E-MAIL ADDRESS (Optional): glrmail@sbcglobal.net
ATTORNEY FOR (Name): LA UVA, LLC dba Shottesbrooke USA

FOR COURT USE ONLY

**ENDORSED
FILED**

**JUN 18 2019**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
STREET ADDRESS: 600 Administration Drive, Room 107J
MAILING ADDRESS:
CITY AND ZIP CODE: Sonoma, CA 95403
BRANCH NAME: Civil Division

PLAINTIFF: LA UVA, LLC dba Shottesbrooke USA

DEFENDANT: Swanky Wine Snob LLC, Swanky Wine Snob LLC dba Pacific Wine Group,
Pacific Rim Wine Merchants LLC

[✓] DOES 1 TO 10

**CONTRACT**

[✓] COMPLAINT        [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT  [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000 but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

ScV-264644

1. Plaintiff* (name or names):
   LA UVA, LLC dba Shottesbrooke USA
   alleges causes of action against defendant* (name or names): Swanky Wine Snob LLC, Swanky Wine Snob dba
   Pacific Wine Group, Pacific Rim Wine Merchants LLC and DOES 1 to 10
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff (name):
         (1) [ ] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity (describe):
         (3) [ ] other (specify):
   b. [✓] Plaintiff (name): LA UVA, LLC
      a. [✓] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      Shottesbrooke USA
         b. [ ] has complied with all licensing requirements as a licensed
      (specify): c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [✓] except defendant (name): Swanky Wine Snob LLC [✓] except defendant (name): Pacific Rim Wine Merchants LLC
         (1) [ ] a business organization, form unknown      (1) [ ] a business organization, form unknown
         (2) [✓] a corporation                              (2) [✓] a corporation
         (3) [ ] an unincorporated entity (describe):       (3) [ ] an unincorporated entity (describe):
         (4) [ ] a public entity (describe):                (4) [ ] a public entity (describe):
         (5) [ ] other (specify):                           (5) [ ] other (specify):

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 3

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

Lorna Walker    #154724
Daniel Frankston    #139633
The Law Offices of
  SWEET & WALKER, P.C.
2380 Junipero Serra Boulevard, Suite B
Daly City, California 94015
Phone (415) 334-1600  Fax (415) 334-0855

Attorneys for Plaintiff

SUPERIOR COURT OF CALIFORNIA - MARIN COUNTY COURTS

UNLIMITED CIVIL

| | |
|---|---|
| WALDORF CONCEPTIONS LLC, a limited liability company, dba AUBURN JAMES WINERY, | NO.1803675 |
| Plaintiff, | NOTICE TO APPEAR AT TRIAL |
| vs. | DATE: AUGUST 27, 2019 |
| SWANKY WINE SNOB LLC, et al., | TIME: 9:00 am |
| Defendants. | DEPT: A |

TO SWANKY WINE SNOB, LLC and TO ITS ATTORNEY OF RECORD:

Pursuant to Code of Civil Procedure Section 1987(b) and (c), it
is requested that the President of SWANKY WINE SNOB LLC, Ehab
Habashi, attend the trial in the above matter now set for August 27
2019, at 9:00 a.m., in the above-entitled Court, located at Superio
Court of California, County of Marin, 3501 Civic Center Drive, San
Rafael, California.

PLAINTIFF'S NOTICE TO APPEAR AT TRIAL                                    1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Philip J. Terry, Esq. (SBN 148144)    **148144**<br>Carle, Mackie, Power & Ross LLP<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401<br>TELEPHONE NO.: (707) 526-4200  FAX NO.*(Optional)*. (707) 526-4707<br>E-MAIL ADDRESS *(Optional)*  pjterry@cmprlaw.com<br>ATTORNEY FOR *(Name)*:  GREG & GREG, INC. dba Owl Ridge Wine Services | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SONOMA**

STREET ADDRESS: **600 Administration Drive**

MAILING ADDRESS:

CITY AND ZIP CODE: **Santa Rosa, CA 95403**

BRANCH NAME:

**ENDORSED FILED**

**DEC 13 2018**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

| PLAINTIFF: | **GREG & GREG, INC. dba OWL RIDGE WINE SERVICES** |
|---|---|
| DEFENDANT: | **EHAB HABASHI; LINDA HABIB; PACIFIC WINE GROUP** |

[X] DOES 1 TO **20**

| CONTRACT | |
|---|---|
| ☐ COMPLAINT | [X] AMENDED COMPLAINT *(Number)*:<br>**First** |
| ☐ CROSS-COMPLAINT | ☐ AMENDED CROSS-COMPLAINT *(Number)*: |

| **Jurisdiction** *(check all that apply)*:<br>☐ ACTION IS A LIMITED CIVIL CASE<br>    Amount demanded ☐ does not exceed $10,000<br>                   ☐ exceeds $10,000 but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>    ☐ from limited to unlimited<br>    ☐ from unlimited to limited | CASE NUMBER:<br>**SCV-263602** |

1. Plaintiff* *(name or names)*:  **GREG & GREG, INC. dba OWL RIDGE WINE SERVICES**

    alleges causes of action against defendant* *(name or names)*:  **EHAB HABASHI; LINDA HABIB; PACIFIC WINE GROUP**

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3.  a.  Each plaintiff named above is a competent adult
      [X] except plaintiff *(name)*:  **GREG & GREG, INC. dba OWL RIDGE WINE SERVICES**
          (1) [X] a corporation qualified to do business in California
          (2) ☐ an unincorporated entity *(describe)*:
          (3) ☐ other *(specify)*:

    b.  [X] Plaintiff *(name)*:  **GREG & GREG, INC.**
        a.  [X] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:
            **OWL RIDGE WINE SERVICES**
        b.  ☐ has complied with all licensing requirements as a licensed *(specify)*:
    c.  ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4.  a.  Each defendant named above is a natural person
      [X] except defendant *(name)*:                ☐ except defendant *(name)*:
      **PACIFIC WINE GROUP**
        (1) [X] a business organization, form unknown    (1) ☐ a business organization, form unknown
        (2) ☐ a corporation                        (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe)*:      (3) ☐ an unincorporated entity *(describe)*:

        (4) ☐ a public entity *(describe)*:           (4) ☐ a public entity *(describe)*:

        (5) ☐ other *(specify)*:                  (5) ☐ other *(specify)*:

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

CEB | Essential
ceb.com | Forms

**COMPLAINT - Contract**

Code of Civil Procedure, § 425.12

1
2
3
4
5
6
7
8                    SUPERIOR COURT OF CALIFORNIA

9                       FOR THE COUNTY OF NAPA

10  CABAUD WINES, LLC,                    )  Case No. 18CV000034
                                          )
11              Plaintiff,                )  STIPULATED JUDGMENT AND ORDER
                                          )
12      vs.                               )
                                          )
13                                        )  Dept.: F
    PACIFIC WINE GROUP; EHAB              )  Judge: Hon. Diane M. Price
14  HABASHI; LINDA HABASHI; and DOES      )
    1-10,                                 )  Trial Date: Not set
15                                        )  Date Action Filed: 01/10/2018
                Defendants.               )
16  _____)

17

18      IT IS HEREBY STIPULATED by and between Plaintiff, CABAUD WINES, LLC

19  ("Plaintiff") and Defendants, PACIFIC WINE GROUP, EHAB HABASHI and LINDA

20  HABASHI (collectively referred to as "Defendants"), by and through their attorneys herein, that

21  judgment shall be entered against Defendants, jointly and severally, as follows:

22      1.  For the principal sum of $3,480.00, representing the amount Defendants owe Plaintiff

23          on Purchase Order No. 7766, attached hereto as Exhibit 1, with interest of 8% per

24          annum from February 11, 2017;

25      2.  For the principal sum of $72,000.00, representing the amount Defendants owe Plaintiff

26          on Purchase Order No. 7762, attached hereto as Exhibit 2, with interest of 8% per

27          annum from January 12, 2017;

28      3.  For court costs and process server fees of $1,301.46.

                         _____
                         STIPULATED JUDGMENT AND ORDER

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ None

## Part 8:   Healthcare Bankruptcies

**15. Healthcare bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained:

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit and for which the debtor serves(d) as plan administrator?**

☒ No. Go to part 10
☐ Yes. Fill in this information

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

```
See attached
```

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          Page 3

# EXPRESS WINE DELIVERY

## CONTACT INFORMATION

- Address: 7970 Cameron Drive, Windsor, CA 95492
- Contact Name: Marcela
- Phone: (707) 838-8477
- Email: info@expresswinedelivery.com
- Website: www.expresswinedelivery.com

| Quantities are CASES | | TAXPAID | BOND | TOTAL |
|---|---|---|---|---|
| P613RESSZ | - 2013 RSV SHIRAZ SHOTTSBROOKE | 27/05 | 0/00 | 27/05 |
|  | ELIZA MCLAREN VALE 6/750ML |  |  |  |
| P614CBLUB | - 2014 CABERNET LIPARITA U BLOCK | 0/03 | 0/00 | 0/03 |
|  | YOUNTVILLE P NVLY 15.4% 12/750 |  |  |  |
| P614DSSZ | - 2014 DSCVRY SRS SHIRAZ SHOTBRO | 62/00 | 0/00 | 62/00 |
|  | LH CREEK 12/750ML 14.5% |  |  |  |
| P615ESGSM | - 2015 ESTATE GSM SHOTTSBROOKE | 84/00 | 0/00 | 84/00 |
|  | MCLAREN VALE 6/750ML 14.5% |  |  |  |
| P618DSSABL | - 2018 DISCVRY SRS SAUV BLANC | 114/00 | 0/00 | 114/00 |
|  | SHOTTES BROKE AD HILLS 12.5% |  |  |  |
| P6AMON11 | - 2011 ATOPE MONASTRELL | 1/00 | 0/00 | 1/00 |
|  | 14.0% 12/750ML |  |  |  |
| P6BASBCA13 | - BARON COOPER 2013 SAUV BLANC | 0/00 | 2/11 | 2/11 |
|  | CALIFORNIA 12.5% 12/750ML |  |  |  |
| P6CMMOS14 | - 2014 CA MONTEBELLO MOSCATO | 5/10 | 0/00 | 5/10 |
|  | 7.0% 12/750ML |  |  |  |
| P6CMR11 | - 2011 CHATEAU MOLIN ROUGE CRU | 4/00 | 0/00 | 4/00 |
|  | BOURGE 12.5% 12/750ML |  |  |  |
| P6DATEMNV | - NV DAUCO TEMPRANILLO | 1/00 | 0/00 | 1/00 |
|  | 13.3% 12/750ML |  |  |  |
| P6DGNDA12 | - 2012 DIGIOVANNA NERO DI AVOLA | 9/00 | 0/00 | 9/00 |
|  | 14.0% 12/750ML |  |  |  |
| P6ELDBWW12 | - EL DORADO 2012 DEUX BLANCS | 48/08 | 0/00 | 48/08 |
|  | 9.19 WHITE WINE 14.3% 12/750ML |  |  |  |
| P6EMPRIP13 | - 2013 VAR PRIMITIVO DI MANDURIA | 2/00 | 0/00 | 2/00 |
|  | "PAPALE" 14.0% 12/750ML |  |  |  |
| P6FIGEW13 | - 2013 FINCA RIO NEGRO | 15/00 | 0/00 | 15/00 |
|  | GWURTZTRAMINER 13.5% 12/750ML |  |  |  |
| P6FIRN10 | - 2010 FINCA RIO NEGRO | 1/10 | 0/00 | 1/10 |
|  | RED BLEND 13.5% 12/750ML |  |  |  |
| P6JGZN10 | - JESSIE'S GROVE 2010 EARTH | 37/00 | 0/00 | 37/00 |
|  | ZIN & FIRE 15.5% 12/750ML |  |  |  |
| P6NVBLDBL | - NV BLANC DE BLANC 6/750ML 12% | 61/00 | 0/00 | 61/00 |
|  | ADELAIDE HILLS CHARDONNAY |  |  |  |
| P6PDCG14 | - 2014 PALACIO DE CANEDO | 3/11 | 0/00 | 3/11 |
|  | GODELLO 13.0% 12/750ML |  |  |  |
| P6PURTCH11 | - 2011 RAOUL & LA FERME | 3/00 | 0/00 | 3/00 |
|  | CHARDONNAY FRANCE 13.0% 750ML |  |  |  |

AMS REPORT INR131
RUN 08/28/19 16:47

Express Wine Delivery, LLC
INVENTORY LOCATION REPORT
By part: locations in columns

PAGE    2
AS OF 07/19

| Quantities are CASES | | TAXPAID | BOND | TOTAL |
|---|---|---|---|---|
| P6QU14SBR | - 2014 QUINTAY CLAVA SAUV BLANC | 2/00 | 0/00 | 2/00 |
| | RESERVE 13.5% 12/750ML | | | |
| P6RDCCHR10 | - 2010 RIOS DE CHILE CHARDONNAY | 2/00 | 0/00 | 2/00 |
| | RESERVA CACH 14.0% 12/750ML | | | |
| P6RDCPNR11 | - 2011 RIOS DE CHILE PINOT NOIR | 0/11 | 0/00 | 0/11 |
| | RESERVA CACH 13.5% 12/750ML | | | |
| P6RDCSBL10 | - 2010 RIOS DE CHILE SAUV BLANC | 1/00 | 0/00 | 1/00 |
| | LIMITED E CASA 13.0% 12/750ML | | | |
| *TOTALS - REPORT | | 487.25 | 2.92 | 490.17 |

Express Wine Delivery, LLC
INVENTORY LOCATION REPORT
By part: locations in columns

| Quantities are CASES | TAXPAID | BOND | TOTAL | ON-ORDER | ON-HOLD | AVAILABLE |
|---|---|---|---|---|---|---|
| P613RESSZ    - 2013 RSV SHIRAZ SHOTTSBROOKE ELIZA MCLAREN VALE 6/750ML | 27/05 | 0/00 | 27/05 | 0/00 | 0/00 | 27/05 |
| P614CBLUB    - 2014 CABERNET LIPARITA U BLOCK YOUNTVILLE P NVLY 15.4% 12/750 | 0/03 | 0/00 | 0/03 | 0/00 | 0/00 | 0/03 |
| P614DSSZ    - 2014 DSCVRY SRS SHIRAZ SHOTBRO LH CREEK 12/750ML 14.5% | 62/00 | 0/00 | 62/00 | 0/00 | 0/00 | 62/00 |
| P615ESGSM    - 2015 ESTATE GSM SHOTTSBROOKE MCLAREN VALE 6/750ML 14.5% | 84/00 | 0/00 | 84/00 | 0/00 | 0/00 | 84/00 |
| P618DSSABL    - 2018 DISCVRY SRS SAUV BLANC SHOTTES BROKE AD HILLS 12.5% | 114/00 | 0/00 | 114/00 | 0/00 | 0/00 | 114/00 |
| P6AMON11    - 2011 ATOPE MONASTRELL 14.0% 12/750ML | 1/00 | 0/00 | 1/00 | 0/00 | 0/00 | 1/00 |
| P6BASBCA13    - BARON COOPER 2013 SAUV BLANC CALIFORNIA 12.5% 12/750ML | 0/00 | 2/11 | 2/11 | 0/00 | 0/00 | 2/11 |
| P6CMMOS14    - 2014 CA MONTEBELLO MOSCATO 7.0% 12/750ML | 5/10 | 0/00 | 5/10 | 0/00 | 0/00 | 5/10 |
| P6CMR11    - 2011 CHATEAU MOLIN ROUGE CRU BOURGE 12.5% 12/750ML | 4/00 | 0/00 | 4/00 | 0/00 | 0/00 | 4/00 |
| P6DATEMNV    - NV DAUCO TEMPRANILLO 13.3% 12/750ML | 1/00 | 0/00 | 1/00 | 0/00 | 0/00 | 1/00 |
| P6DGNDA12    - 2012 DIGIOVANNA NERO DI AVOLA 14.0% 12/750ML | 9/00 | 0/00 | 9/00 | 0/00 | 0/00 | 9/00 |
| P6ELDBWW12    - EL DORADO 2012 DEUX BLANCS 9.19 WHITE WINE 14.3% 12/750ML | 48/08 | 0/00 | 48/08 | 0/00 | 0/00 | 48/08 |
| P6EMPRIP13    - 2013 VAR PRIMITIVO DI MANDURIA "PAPALE" 14.0% 12/750ML | 2/00 | 0/00 | 2/00 | 0/00 | 0/00 | 2/00 |
| P6FIGEW13    - 2013 FINCA RIO NEGRO GWURTZTRAMINER 13.5% 12/750ML | 15/00 | 0/00 | 15/00 | 0/00 | 0/00 | 15/00 |
| P6FIRN10    - 2010 FINCA RIO NEGRO RED BLEND 13.5% 12/750ML | 1/10 | 0/00 | 1/10 | 0/00 | 0/00 | 1/10 |
| P6JGZN10    - JESSIE'S GROVE 2010 EARTH ZIN & FIRE 15.5% 12/750ML | 37/00 | 0/00 | 37/00 | 0/00 | 0/00 | 37/00 |
| P6NVBLDBL    - NV BLANC DE BLANC 6/750ML 12% ADELAIDE HILLS CHARDONNAY | 61/00 | 0/00 | 61/00 | 0/00 | 0/00 | 61/00 |
| P6PDCG14    - 2014 PALACIO DE CANEDO GODELLO 13.0% 12/750ML | 3/11 | 0/00 | 3/11 | 0/00 | 0/00 | 3/ |
| P6PURTCH11    - 2011 RACINE DE LA TERRE CHARDONNAY FRANCE 13.0% 750ML | 3/00 | 0/00 | 3/00 | 0/00 | 0/00 | 3/ |

Express Wine Delivery, LLC
INVENTORY LOCATION REPORT
By part: locations in columns

Quantities are CASES

| | TAXPAID | BOND | TOTAL | ON-ORDER | ON-HOLD | AVAILABLE |
|---|---|---|---|---|---|---|
| P6QUI4SBR - 2014 QUINTAY CLAVA SAUV BLANC RESERVE 13.5% 12/750ML | 2/00 | 0/00 | 2/00 | 0/00 | 0/00 | 2/00 |
| P6RDCCHR10 - 2010 RIOS DE CHILE CHARDONNAY RESERVA CACH 14.0% 12/750ML | 2/00 | 0/00 | 2/00 | 0/00 | 0/00 | 2/00 |
| P6RDCPNR11 - 2011 RIOS DE CHILE PINOT NOIR RESERVA CACH 13.5% 12/750ML | 0/11 | 0/00 | 0/11 | 0/00 | 0/00 | 0/11 |
| P6RDCSBL10 - 2010 RIOS DE CHILE SAUV BLANC LIMITED E CASA 13.0% 12/750ML | 1/00 | 0/00 | 1/00 | 0/00 | 0/00 | 1/00 |
| *TOTALS - REPORT | 487.25 | 2.92 | 490.17 | 0.00 | 0.00 | 490.17 |

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

26. **Books, records, and financial statements**

    26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

       ☒ None

    26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

       ☒ None

    26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☒ None

    26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

       ☒ None

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case**

    ☐ None

| Name and address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| **28.1** <br> Ehab and Linda Habashi | | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30.** Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

To be provided soon - when available.

☐ No
☐ Yes. Identify below.

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Swanky Wine Snob, LLC                                    09/02/2019
Debtor 1    By: Ehab Habashi, President                      MM/DD/YYYY

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.