UNITED STATES BANKRUPTCY COURT
California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Swanky Wine Snob LLC<br>fdba Pacific Wine Group<br>Debtor(s) | Case No.: 19–30902 DM 7<br>Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Linda S. Green is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 1/31/20

By the Court:

Dennis Montali
United States Bankruptcy Judge