# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: kandersen | Date Created: 1/31/2020 |
| Case: 19–30902 | Form ID: FIND | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
tr     Linda S. Green     linda@greentrustee.net
aty     Brian A. Barboza     barbozaecf@gmail.com
aty     John A. Vos     InvalidEMailECFonly@gmail.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Swanky Wine Snob LLC     8 Digital Drive     Novato, CA 94949

TOTAL: 1